AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAETRON BANGART,

*Plaintiff*

v.

BONAVENTURE OF EAST WENATCHEE, LLC,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 05, 2025**

SEAN F. McAVOY, CLERK

Civil Action No.   2:23-CV-0162-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Parties' Stipulated Motion to Dismiss (ECF No. 27) is GRANTED.
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:   11/5/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*